

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-19-2009

# In re: Melinda Hande

Precedential or Non-Precedential: Precedential

Docket No. 08-2137

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"In re: Melinda Hande " (2009). 2009 Decisions. Paper 1097.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1097

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 30, 2009

No. <u>08-2137</u>

<strong>In Re: Melinda Handel, Debtor<br>
Binder & Binder., P.C., Appellant<br>
v.<br>
Melinda Handel; JoAnne B. Barnhart, Commissioner<br>
Of Social Security Administration<br>
(District of New Jersey(Newark)D.C.# 07-cv-02588)</strong>

**Present: SLOVITER and BARRY, <u>Circuit Judges</u> and \*POLLAK, <u>District Judge</u>**

    1. Motion by Appellee, Commissioner for Social Security to Request Publication of Opinion.

\*Honorable Louis H. Pollak,
sitting by designation.

**Opinion and Judgment issued on 2/18/09
Mandate issued on 3/12/09**

/s/ Carmella L. Wells<br>
Carmella L. Wells 267-299-4928<br>
Case Manager

**O R D E R**

**The foregoing** motion is granted.

By the Court,

/s/   Louis H. Pollak<br>
<strong>Circuit Judge</strong>

**Dated:** June 19, 2009
PDB/cc: Jeffrey Herzberg, Esq.
      Anthony J. LaBruna, Jr., Esq.